1
_____

**STIPULATION TO CONTINUE HEARING DATE**

JOAN E. COCHRAN, ESQ.      #128251
MARGRET G. PARKE, ESQ.   #126120
AYA J. PEARSON, ESQ.        #227720
COCHRAN, DAVIS & ASSOCIATES
36 Malaga Cove Plaza, Suite 206
Palos Verdes Estates, CA 90274
Telephone:   (310) 373-0900
Facsimile:    (310) 373-0244

Attorneys for Plaintiff,
**CERTAIN UNDERWRITERS AT LLOYD'S
LONDON, Subscribing to Certificate Number
EPL-20044M**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S LONDON, Subscribing to Certificate Number EPL-20044M,<br><br><br><br>Plaintiff,<br><br>vs.<br><br>MANDELL MENKES & SURDYK, LLC,  an Illinois corporation; and LEONARD S. SURDYK, an individual,<br>Defendants. | **Case No:**<br>**1:08-CV-00718- AWI GSA**<br><br>**STIPULATION TO CONTINUE HEARING DATE DEFENDANTS MANDELL MENKES & SURDYK, LLC AND LEONARD S. SURDYK'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6)**<br><br>**HON. ANTHONY W. ISHII**<br><br>OLD DATE:    June 30, 2008<br>NEW DATE: **July 21, 2008**<br>TIME:            1:30 p.m.<br>PLACE:         2 |

_____

T IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the hearing on STIPULATION TO CONTINUE HEARING DATE DEFENDANTS MANDELL MENKES & SURDYK, LLC AND LEONARD S. SURDYK'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(6) currently set for June 30, 2008 at 1:30  p.m., be continued to **July 21, 2008 at 1:30  p.m.**

The parties agree that the Opposition and Reply papers to the motion shall be calculated based upon the new hearing date.

DATEDGORDON & REES, LLP

By:_____
STEPHEN LAWNICZAK
Attorney for Defendants,
MANDELL MENKES & SURDYK, LLC
and LEONARD SURDYK


DATED:COCHRAN, DAVIS & ASSOCIATES, P.C.


By:_____
JOAN E. COCHRAN
MARGRET G. PARKE
AYA J. PEARSON
Attorneys for Plaintiffs,
CERTAIN UNDERWRITERS AT LLOYD'S LONDON, Subscribing to
Certificate Number EPL-20044M




**ORDER**




IT IS SO ORDERED.


**Dated:**   **June 13, 2008**        _____**/s/ Anthony W. Ishii**_____

UNITED STATES DISTRICT JUDGE