IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, subscribing to certificate No. EPL-20044M,<br><br>      Plaintiff,<br><br>      v.<br><br>MANDELL, MENKES, & SURDYK, an Illinois corporation, and LEONARD S. SURDYK,<br><br>      Defendants. | 1:08-CV-718  AWI GSA<br><br>ORDER MOVING HEARING TO SEPTEMBER 2, 2008 |

    Currently pending before this Court is Defendants' Rule 12(b)(6) motion to dismiss. This motion is set for hearing on August 18, 2008, at 1:30 p.m. The court has determined that it is necessary to reschedule the hearing on this matter. Additionally, it appears that Defendants have not filed a reply memorandum.

    Therefore, IT IS HEREBY ORDERED that the previously set hearing of August 18, 2008, is VACATED, the hearing on this matter is reset to September 2, 2008, at 1:30 p.m., and Defendants are to file a reply memorandum to Plaintiff's opposition on or by August 21, 2008. IT IS SO ORDERED.

Dated:   August 12, 2008               /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE