IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, subscribing to certificate No. EPL-20044M,<br><br>    Plaintiff,<br><br>    v.<br><br>MANDELL, MENKES, & SURDYK, an Illinois corporation, and LEONARD S. SURDYK,<br><br>    Defendants. | 1:08-CV-718  AWI GSA<br><br>ORDER TAKING MATTER UNDER SUBMISSION |

    Currently pending before this Court is Defendants' Rule 12(b)(6) motion to dismiss.  This motion is set for hearing on September 2, 2008, at 1:30 p.m.  The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 2, 2008, is VACATED, and the parties shall not appear at that time.  As of September 2, 2008, the Court will take Defendants's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 27, 2008            /s/ Anthony W. Ishii
                                              CHIEF UNITED STATES DISTRICT JUDGE